FILED
JAMES BONINI
CLERK

12 AUG 23 PM 2: 31

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. CR-1-12-087 |
| | : | |
| | : | Honorable Michael R. Barrett |
| vs. | : | |
| | : | **MOTION AND ORDER TO** |
| | : | **UNSEAL INDICTMENT** |
| CHARLES ROBINSON | : | |

The United States respectfully requests that the Court unseal the Indictment and any other pleadings in the above-numbered case. The reason in support thereof is the risk of disclosure is no longer an issue.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

*s/Anne L. Porter*
ANNE L. PORTER (SD2801)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711

**IT IS ORDERED** that the Indictment and any other pleadings in the above-numbered case shall now be unsealed.

8/23/2012
DATE

HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE